IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ERNEST M. HANAN,<br><br>            Defendant. | 8:04CR146<br><br>ORDER |

Pursuant to (1) the Opinion of the Eighth Circuit Court of Appeals remanding this case to the district court for resentencing pursuant to *United States v. Booker,* 125 S. Ct. 738 (2005), and (2) the Motion for Rule 35 Hearing (Filing No. 52),

IT IS ORDERED:

1. That a hearing regarding the defendant's resentencing and the Rule 35 Motion is scheduled before the undersigned on **September 1, 2006, at 11:00 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present for this hearing.

**2. The U.S. Marshal's Office is directed to return the defendant to this district for the above hearing.**

3. The status hearing on the Rule 35 motion, which is scheduled for July 31, 2006, at 1:00 p.m., is canceled.

DATED this 27th day of July, 2006.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge